IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| CALVARY SPV I, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Civil No. 3:13-1235 |
| | ) | Judge Trauger |
| WALLACE C. EVANS, | ) | Magistrate Judge Brown |
| | ) | |
| Defendant. | ) | |

**O R D E R**

On December 5, 2013, the Magistrate Judge issued a Report and Recommendation (Docket No. 9), to which no timely objections have been filed. The Report and Recommendation is therefore **ACCEPTED** and made the findings of fact and conclusions of law of this court. For the reasons expressed therein, it is hereby **ORDERED** that this case is **REMANDED** to the General Sessions Court for Davidson County, Tennessee, from which it was improperly removed, as there is no federal subject matter jurisdiction..

It is so **ORDERED.**

Enter this 8th day of January 2014.

_____
ALETA A. TRAUGER
U.S. District Judge